# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE FINANCE, LLC, | CASE NO. 1:11-cv-01423-LJO-SMS |
| Plaintiff, | ORDER DENYING DEFENDANTS' MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING DEFENDANTS TO FILE NEW IFP APPLICATION |
| v. | |
| JAMES T. JOHNSON and SANDY JOHNSON, | |
| Defendants. | (Doc. 2) |

By a motion filed August 25, 2011, Defendants James T. Johnson and Sandy Johnson sought to proceed *in forma pauperis*. Defendants submitted an incomplete declaration that is not sufficient to make the showing required by 28 U.S.C. § 1915(a). First, at question two, Defendants specified that James Johnson was currently employed but failed to disclose the amount of salary and wages and his employers' name and address. If James Johnson is self-employed, as appears to be the case, he must so state and report his earnings as reported on his 2010 federal tax return. In response to question three, Defendants must disclose the amount they expect to continue to receive from James Johnson's employment. Similarly, Defendants must disclose the date of Defendant Sandy Johnson's last employment, her wages or salary, and her employer's name and address.

///

///

1    Accordingly, the Court DENIES Defendants' motion to proceed *in forma pauperis* and
2 directs Defendants to submit within thirty days a new application disclosing full information
3 regarding income and expenses.

5 IT IS SO ORDERED.

7 Dated:   September 6, 2011             /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE