# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE FINANCE, LLC, | CASE NO. 1:11-cv-01423-LJO-SMS |
| Plaintiff, | ORDER DISMISSING CASE FOR DEFENDANTS' FAILURE TO PAY FILING FEE AND REMANDING TO MADERA COUNTY SUPERIOR COURT |
| v. | |
| JAMES T. JOHNSON and SANDY JOHNSON, | |
| | (Docs. 4 and 5) |
| Defendants. | |

On August 25, 2011, Defendants James T. Johnson and Sandy Johnson filed a notice of removal of this case from the Madera County Superior Court. Defendants did not pay the filing fee but sought to proceed *in forma pauperis*. Because Defendants submitted an incomplete declaration that was not sufficient to make the showing required by 28 U.S.C. § 1915(a), the Court denied their motion to proceed *in forma pauperis* on September 7, 2011 and directed Defendants to submit within thirty days a new application disclosing full information regarding income and expenses.

More than thirty days have elapsed since service of the September 7, 2011 order and Defendants have failed to file a new application to proceed *in forma pauperis* or to pay the filing fee. Accordingly, this Court hereby ORDERS that:

1. This matter is dismissed for failure to pay the filing fee;
2. This matter is remanded to the Madera County Superior Court;

1   3.   The Court Clerk is directed to serve a copy of this order on the Madera County Superior Court and to serve the parties in the customary manner; and

2   4.   This matter having been dismissed and remanded to Madera County Superior Court, Plaintiff's motion to remand is moot.

IT IS SO ORDERED.

Dated:   October 11, 2011                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE